# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| United States of America, | C/A No. 6:03-609-GRA |
|              Plaintiff, | |
|      v. | |
| | **ORDER** |
| Ferrell Benjamin Gibbs, | (Written Opinion) |
|              Defendant. | |

This matter is before this Court on Defendant's counsel's Motion to be Relieved as Attorney of Record.  This Court declines to relieve Mr. Long from his appointment as "stand-by" counsel for the Defendant at resentencing.

IT IS THEREFORE ORDERED that the Motion to be Relieved as Attorney of Record is DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
July ___26___, 2005

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.

1